# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

251 N. Main St., Suite 840  
Winston-Salem, NC 27101  
Phone: (336) 631-5111  
Fax: (336) 631-5095



# M E M O R A N D U M

November 13, 2015

TO: The Honorable Thomas D. Schroeder, United States District Judge

FROM: C. Tate Nuckols, U.S. Probation Office  
R. Dale Parrish, Supervisory U.S. Probation Officer

RE: Sean Darnell Jeffries  
Docket No: 1:11CR127-1

**Sean Darnell Jeffries does not qualify for a sentence reduction pursuant to USSG §1B1.10 for the reason(s) stated below:**

The originally calculated guideline range consisted of an offense level of 43 (38 (base offense level) + 2 (premises) + 2 (criminal livelihood) + 3 (role) = 45, which is reduced to 43), a criminal history category of II, and an advisory guideline sentencing range of life, plus 60 months consecutive. With the two-level reduction afforded by the 2014 retroactive amendment 782, the offense level remains 43 (36 (base offense level) + 2 (premises) + 2 (criminal livelihood) + 3 (role) = 43), and the guideline range remains life, plus 60 months consecutive. Therefore, the 2014 retroactive amendment 782 does not have the effect of lowering the defendant's applicable guideline range.