| UNITED STATES OF AMERICA | NOT ELIGIBLE FOR A SENTENCE REDUCTION PURSUANT TO |
|---|---|
| V. | USSG §1B1.10 |

| Sean Darnell Jeffries | Docket Number: | 1:11CR127-1 |
|---|---|---|

**Response by the Government:**

☑ I agree that the defendant is not eligible for a sentencing reduction pursuant to USSG § 1B1.10.

☐ The defendant is eligible for a sentencing reduction pursuant to USSG § 1B1.10 for the reasons stated below.

_____
Robert M. Hamilton
Assistant United States Attorney

11-17-15
Date

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:11CR127-1 |
| Sean Darnell Jeffries | : | |

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, the foregoing Government's Response to the Recalculated Guideline Range was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the defendant.

/s/ Robert M. Hamilton
Robert M. Hamilton
Assistant United States Attorney
LASB #1400
P.O. Box 1858
Greensboro, NC 27402
Phone: (336) 333-5351