# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

*FILED DEC 17 2015 — Clerk U.S. District Court, Greensboro, NC*

| | |
|---|---|
| United States of America | )  |
| v. | )  Case No: 1:11CR127-1 |
| SEAN DARNELL JEFFRIES | )  USM No: 27863-057 |
| Date of Original Judgment: September 19, 2012 | )  |
| Amended: | )  Cheryl Strum |
| | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED

The Defendant is not eligible for a sentencing reduction because the 2014 USSG Amendment does not have the effect of lowering the Defendant's Guideline range. Even under the Amendment, the Defendant's Guideline remains life plus 60 months consecutive.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated September 19, 2012, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 15, 2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Thomas D. Schroeder, United States District Judge
*Printed name and title*